UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23253-CIV-KMW

ANGEL RAFAEL MOREL-UCETA

       Plaintiff,
vs.

MARC J. MOORE, in his official capacity
As Field Office Director of U.S. Immigration
and Customs Enforcement., *et al.*,

       Defendants.
_____/

## ORDER

On August 9, 2018, Plaintiff filed a complaint for injunctive, declaratory and mandamus relief asking the Court to order his return to the United States, following his unlawful deportation. (DE 1). On August 10, 2018, the Court entered an Order setting a hearing on Plaintiff's motion for injunctive relief for August 13, 2018. (DE 5). During the hearing, counsel for the United States Government represented that the Government did not oppose Plaintiff's request that he be returned to the U.S., but that the process of returning Plaintiff would take approximately three months. Counsel for the Government also represented to the Court that he was working diligently to coordinate this process with the appropriate agencies to effectuate Plaintiff's return.

Accordingly, pursuant to the discussions held on the record, it is **ORDERED AND ADJUGED** that Defendants shall return Plaintiff, Angel Rafael Morel-Uceta, to the United States on an expedited basis. The Court expects the parties to provide a notice of this order to the Board of Immigration Appeals ("BIA"), and to make the proper filings to ensure that Plaintiff is able to participate in such proceedings. It is further **ORDERED** that the

Parties shall appear for a status conference before the Honorable Kathleen M. Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida on **August 20, 2018 at 9:00 a.m.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 13 day of August 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE